## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

MICHAEL J. PENDLETON,

Petitioner

No. 58 WM 2015

## ORDER

**PER CURIAM**

**AND NOW**, this 5th day of October, 2015, the Application for King's Bench or Extraordinary Jurisdiction and the Application for an Immediate Hearing are **DENIED**.